IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**NEVILLE A. HUTCHINSON, #43304-083**          **PLAINTIFF**

**VERSUS**          **CIVIL ACTION NO. 5:07-cv-181-DCB-MTP**

**CONSTANCE REESE**          **DEFENDANT**

## ORDER

This matter is before the Court, *sua sponte*, to review the Complaint filed by Hutchinson, who is currently incarcerated at the Federal Detention Center in Oakdale, Louisiana. Upon *liberal* review of the Complaint [1] and Amended Complaint [9] filed, it is hereby,

ORDERED AND ADJUDGED:

1. That Defendant, Constance Reese, file an answer or other responsive pleading in this cause within twenty days of the service of this order.

2. That the United States District Clerk is directed to issue summons to **Constance Reese, Warden, FCC - Yazoo City,** 2255 Haley Barbour Pkwy, Yazoo City, Mississippi 39194.

3. That the United States District Clerk shall serve, by certified mail, a copy of the summons, Complaint [1] and Amended Complaint [9] filed herein, along with a copy of this order upon the **Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi,** 188 E. Capitol St., Suite 500, Jackson, Mississippi 39201; the **Attorney General of the United States,** at 10th Street & Constitution Avenue, Washington, D.C. 20530; and **Constance Reese,** Warden, FCC - Yazoo, P.O. Box 5050, Yazoo City, Mississippi 39194.

4. That the Clerk of Court shall also serve a copy of this order upon **Plaintiff** by mailing same to Plaintiff's last known address. The Plaintiff is warned that his failure to timely comply with any order of this Court or a failure to keep this Court informed of his current address, may result in the dismissal of this case.

SO ORDERED, this the 7th day of February, 2008.

                                           s/Michael T. Parker
                                           UNITED STATES MAGISTRATE JUDGE