IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

NEVILLE A. HUTCHINSON                                                                                        PLAINTIFF

VS.                                                           CIVIL ACTION NO.  5:07cv181-DCB-MTP

CONSTANCE REESE                                                                                             DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the Defendant's Motion to Dismiss, or, in the alternative, for Summary Judgment [19] should be granted, and this matter should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the      6th       day of November, 2008.


                                                                    s/ David Bramlette
                                                            UNITED STATES DISTRICT JUDGE