IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

NEVILLE A. HUTCHINSON                                                  PLAINTIFF

VS.                                    CIVIL ACTION NO. 5:07cv181-DCB-MTP

CONSTANCE REESE                                               DEFENDANT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment [19] should be granted, and this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment [19] is granted, and this matter be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the ___6th___ day of November, 2008.

                                                       s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE